IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EDDIE MCDONALD                                                                                         PLAINTIFF

V.                                    CIVIL NO. 4:11-cv-04104

SCOTT LILLIS,
*Corporal, Miller County Detention Center*                                                DEFENDANT

## MEMORANDUM OPINION

    Before the Court is the Parties' Joint Motion to Dismiss.  ECF No. 37.  With this Motion, the Parties "request that this Court dismiss Plaintiff's Complaint with prejudice as part of the settlement agreement entered into between the parties." *Id.* ¶ 3.  Considering this Motion, the Court finds it is well-taken and should be **GRANTED.**  Plaintiff's Complaint is dismissed with prejudice.  A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

    **DATED** this **23rd day of September 2013.**

                                                      /s/  Barry A. Bryant
                                                      HON. BARRY A. BRYANT
                                                      U. S. MAGISTRATE JUDGE